455 A.2d 188

Commonwealth v. Diaz, Appellant.

Submitted April 22, 1982. Jeffrey Louis Schmehl, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.